FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>SPOKANE CONCRETE LLC, a Washington limited liability company; DANIEL ROBINSON, an individual; COLT MCINTYRE, an individual; WILLIAM ROSS JR., a married man, and JANE DOE ROSS, a married woman, each individually and as the marital community comprised thereof,<br><br>Defendants. | No.  2:23-CV-00241-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 33. The parties stipulate that this action be dismissed with prejudice and with each party bearing that party's own attorneys fees and costs.

//

//

//

**ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1**

Accordingly, **IT IS HEREBY ORDERED**

1. The parties' Stipulated Motion to Dismiss, ECF No. 33, is **GRANTED**.
2. The above-captioned action is **DISMISSED**, with prejudice and without fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 3rd day of September 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2**